UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAY JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF INDIO, et al.,<br><br>    Defendants. | ED CV 10-00758-JFW-(SH)<br><br>ORDER FOR STATUS REPORT<br>AND ORDER TO SHOW CAUSE |

    The Records of this Court indicate that this action is not being diligently prosecuted by plaintiff, in that plaintiff has not informed the Court of the status of his Ninth Circuit appeal of CV 10-326, and whether he wishes to proceed with this case.

    IT IS HEREBY ORDERED that plaintiff file with this Court within twenty days of the date of this Order a detailed and factual report on the status of this litigation.

    IT IS FURTHER ORDERED that plaintiff show cause within twenty days

1

of the date of this Order why said action should not be dismissed for failure to diligently prosecute.

Failure to timely comply with this Order shall result in the case being dismissed without prejudice.

DATED: January 7, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE